## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Alexandra Denigris; Peter Denigris; Joanne Shiner; ) | Civil Action |
| Michael Baldino; Brenda Baldino; Gayle ) | |
| Henrich-Corts; Freddie Cortes; Phyllis Porach; ) | 4:23-cv-04522-SAL |
| Frank Barna; Laura Barna; Quinn Jones; Stephanie ) | |
| McKee; Felix Dejesus; Douglas Vanheest; Marie ) | |
| Vanheest; Kelly Cole; David Patierno; Chester ) | |
| Gares; and Tracy Gares, ) | ORDER OF DISMISSAL |
|              Plaintiff, ) | |
|      vs. ) | |
| ) | |
| Lennar Carolinas LLC, ) | |
|          Defendant. ) | |

| | |
|---|---|
| Troy Bishop; Jill Bishop; Dennis Sambroak ) | |
|          Plaintiff, ) | 4:24-cv-07271-SAL |
|      vs. ) | |
| Lennar Carolinas LLC, ) | ORDER OF DISMISSAL |
|          Defendant. ) | |

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within ninety (90) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (90) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be with prejudice if no action is taken under either alternative within ninety (90) days from the filing date of this order.

IT IS SO ORDERED.

_Sherri A. Lydon_
Sherri A. Lydon
United States District Judge

April 28, 2025
Florence, South Carolina